CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 0 4 2015

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WILLIAM LEE ANDERSON, II, )
)
    Plaintiff, )
) Civil Action No. 7:14cv00184
v. )
)
J.L. BROWN, et al., ) By: Michael F. Urbanski
)     United States District Judge
    Defendants. )
)

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 10, 2015, recommending that defendants' motion for summary judgment be granted and that this matter be dismissed on account of plaintiff's failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a). No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that the report and recommendation (Dkt. # 36) is **ADOPTED in its entirety**; that defendants' motion for summary judgment (Dkt. # 22) is **GRANTED**; and that this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.[1]

    It is **SO ORDERED**.

---

[1] Plaintiff's pending motions for subpoena (Dkt. # 25) and for jury trial (Dkt. # 28, 29 & 30) will be **DENIED as moot**.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to counsel of record.

Entered: 03-03-2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge