IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM LEE ANDERSON, II, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:14cv00184 |
| J.L. BROWN, et al., | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** as follows:

1. The court's March 4, 2015 Dismissal Order (Dkt. # 37) adopting the report and recommendations is **VACATED**;

2. Plaintiff's objections to the report and recommendation (Dkt. # 38) are deemed timely filed;

3. Plaintiff's motion for reconsideration (Dkt. # 41) is **DENIED as moot**;

4. Plaintiff's objections to the report and recommendation are **OVERRULED** and the magistrate judge's report and recommendation (Dkt. # 36) is **ADOPTED in its entirety**;

5. Defendants' motion for summary judgment (Dkt. # 22) is **GRANTED**;

6. Plaintiff's motion for summary judgment (Dkt. # 39) is **DENIED as moot**; and

7. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the pro se plaintiff and to counsel of record.

Entered: April 13, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge